**JUDGE PATTERSON**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MED-ASIA SHIPPING LTD.,

**07 CIV 9448**

               Plaintiff,   :   07 Civ. _____

- against -    :   ECF CASE

SHANGHAI SHENGLIAN INTERNATIONAL
FREIGHT FORWARDING CO. LTD. a/k/a SHANGHAI
SHENGLIAN INT'L FRT FWD CO. LTD.,

               Defendant.
------------------------------------------------------------X



RECEIVED OCT 23 2007 U.S.D.C. S.D.N.Y. CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

               NONE.

Dated: October 23, 2007
       Southport, CT

               The Plaintiff,
               MED-ASIA SHIPPING LTD.,

               By: _____
               Nancy R. Peterson
               Patrick F. Lennon
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Ave., Suite 300
               New York, NY 10170
               (212) 490-6050
               facsimile (212) 490-6070
               nrp@lenmur.com
               pfl@lenmur.com