*Patterson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE PATTERSON**

-----------------------------------------------------------------X

MED-ASIA SHIPPING LTD.,

                  Plaintiff,

   - against -

SHANGHAI SHENGLIAN INTERNATIONAL
FREIGHT FORWARDING CO. LTD. a/k/a SHANGHAI
SHENGLIAN INT'L FRT FWD CO. LTD.,

                  Defendant.

-----------------------------------------------------------------X

**07 CIV 9448**

07 Civ. _____

ECF CASE

### ORDER APPOINTING SPECIAL PROCESS
### SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Nancy R. Peterson, sworn to on October 23,

2007, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson

or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, or any

process server employed by Gotham Process Servers, be and is hereby appointed, in addition to

the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified

Complaint, together with any interrogatories, upon the garnishee(s), together with any other

garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may

hold assets of, for or on account of, Defendant.

Dated: New York, NY
    October 23 , 2007

                                       U.S.D.J.