CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MED-ASIA SHIPPING LTD.,                             :
                                                    :
                         Plaintiff,                 :       **07-CV-9448**
                                                    :
              v.                                    :
                                                    :       **NOTICE OF**
SHANGHAI SHENGLIAN INTERNATIONAL                    :       **APPEARANCE**
FREIGHT FORWARDING CO. LTD. a/k/a                   :
SHANGHAI SHENGLIAN INT'L FRT FWD CO.                :
LTD.,                                               :
                                                    :
                         Defendant.                 :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
          October 31, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

          By:   _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ  07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email:  reisert@navlaw.com