**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

RECEIVED
SEP - 4 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd. Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

September 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

**By Facsimile (212) 805-7917**
Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  Mid-Asia Shipping Ltd. v. Shanghai Shenglian International freight Forwarding Co. Ltd. a/k/s Shanghai Shenglian Int'l FRT FWD Co. Ltd.
Docket Number: 07 Civ. 9448 (RPP)
Our Reference Number: 07-1265

MEMO ENDORSED

Dear Judge Patterson:

    We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Friday September 12, 2008 at 9:30 a.m.

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On or about October 24, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

    On June 16, 2008, garnishee Bank of China restrained Defendant's property in the amount of o$14,790.00 pursuant to service of the Ex-Parte Order of Attachment and accompanying Writ. Notice of the attachment has been sent to the Defendant pursuant to the Local Rules.

    Defendant has failed to answer or otherwise respond in this action at this time. In light of the foregoing, we respectfully request that the pre-trial conference in this matter be adjourned *sine die* and this matter be placed on the suspense calendar. If the Defendant appears at a later date it may request a conference at that time. The underlying dispute is subject to arbitration in London and Plaintiff ultimately intends to obtain an award against Defendant in arbitration and enforce it against the funds attached. In the meantime, Plaintiff will continue to serve the Writ on the garnishee banks seeking full security for its claim. However, as no response has been forthcoming from Defendant at this time, it appears a pre-trial conference is not necessary.

    Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request. This is Plaintiff's first request for an adjournment.

Respectfully submitted,

Nancy R. Siegel (NS 2671)

Patrick F. Lennon  Charles E. Murphy  Kevin J. Lennon  Nancy R. Siegel  Anne C. LeVasseur

Memo Endorsement reads:
Application denied.
This case was commenced 10/24/07. There is no evidence of any arbitration proceeding having been commenced.
So ordered.
Robert P. Patterson, Jr.
9/4/08

[handwritten endorsement:] Application Denied. This case was commenced 10/24/07. There is no arbitration proceeding having been commenced. So ordered. RPP 9/4/08